FILED

01/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0087

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0087

_____

IN THE MATTER OF:

U.A.C.,                                O R D E R

       A Youth in Need of Care.

_____

On August 18, 2023, Gregory D. Birdsong, counsel of record of Appellant D.J.C., father of U.A.C., moved to withdraw as counsel of record in this matter. On August 22, 2023, this Court ordered that Appellant D.J.C. have 30 days to respond to his counsel's motion to withdraw.

However, it has come to this Court's attention that the Clerk of this Court may not have sent the Order to respond to Appellant at his last known address as directed in the August 22, 2023 Order.

IT IS THEREFORE ORDERED that Appellant D.J.C., may file a response to his counsel's motion to withdraw on or before February 16, 2024. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Office of the Appellate Defender.

IT IS FURTHER ORDERED that the Clerk of this Court shall give notice of this Order by mail to all counsel of record and to Father and Appellant D.J.C. at his last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 16 2024